**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| SHARKNINJA OPERATING LLC and SHARKNINJA SALES COMPANY,<br><br>*Plaintiffs,*<br><br>v.<br><br>NINGBO ROWAN ELECTRIC APPLIANCE CO., LTD.,<br><br>*Defendant.* | CASE NO.: 1:25-cv-13661 |

**<u>SHARKNINJA OPERATING LLC'S CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff SharkNinja Operating LLC ("SharkNinja") states as follows:

SharkNinja is a Delaware limited liability company with its principal place of business in Massachusetts. Its sole member is SharkNinja Midco LLC, a Delaware limited liability company with its principal place of business in Massachusetts. The sole member of SharkNinja Midco LLC is SharkNinja Appliance LLC, a Delaware limited liability company with its principal place of business in Massachusetts. The sole member of SharkNinja Appliance LLC is SharkNinja Appliance UK Holdco Limited, a private limited company organized under the laws of England and Wales with its principal place of business in Leeds, England. SharkNinja Appliance UK Holdco Limited is wholly owned by SharkNinja Global SPV, Ltd., an exempted company incorporated in the Cayman Islands, which is wholly owned by SharkNinja, Inc., a publicly held exempted company incorporated in the Cayman Islands. No publicly held company owns more than 10% of SharkNinja, Inc.

Dated: December 3, 2025

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

*/s/ Emyr T. Remy*
Emyr T. Remy, (BBO# 704156)
One Federal Street, Suite 2620
Boston, MA 02110
Tel.: (617) 531-1411
remy@shb.com

***Attorneys for Plaintiff***
***SharkNinja Operating LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2025, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Emyr T. Remy*
Emyr T. Remy