**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

SHARKNINJA OPERATING LLC and SHARKNINJA SALES COMPANY,

*Plaintiffs,*

v.

NINGBO ROWAN ELECTRIC APPLIANCE CO., LTD.,

*Defendant.*

CASE NO.: 1:25-cv-13661-RGS

**PLAINTIFFS' STATUS REPORT REGARDING SERVICE OF PROCESS**

Plaintiffs respectfully submit this status report regarding service of process on Defendant, Ningbo Rowan Electric Appliance Co., Ltd. ("Defendant").

Defendant is a Chinese entity. Accordingly, the 90-day service deadline under Fed. R. Civ. P. 4(m) does not apply, as the rule expressly excludes service in a foreign country under Rule 4(h)(2), which governs service on foreign corporations and incorporates the methods set forth in Rule 4(f).

Plaintiffs are pursuing formal international service of process on Defendant through China's Central Authority pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. On March 18, 2026, Plaintiffs authorized a process server to proceed with Hague service, including preparation of the required request form, certified translation of all documents into Chinese, and verification of Defendant's registered corporate address and official Chinese-character entity name. Service through China's Central Authority under this procedure typically requires three to six months from the date documents arrive in China. Plaintiffs will further update the Court as directed and will promptly file proof of service upon completion.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court maintain this action on its docket and refrain from entering dismissal.

Dated: April 21, 2026

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

*/s/ Emyr T. Remy*
Emyr T. Remy, (BBO# 704156)
One Federal Street, Suite 2620
Boston, MA 02110
(617) 531-1411
remy@shb.com

***Attorneys for Plaintiffs***
***SHARKNINJA OPERATING LLC and***
***SHARKNINJA SALES COMPANY***

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2026, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and via email to anticipated record counsel for all Defendants.

*/s/ Emyr T. Remy*
Emyr T. Remy