UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARKNINJA OPERATING LLC, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NINGBO ROWAN ELECTRIC APPLIANCE CO., LTD.,<br><br>Defendant | Civ. A. No. 1:25-cv-13661 |

**NOTICE OF APPEARANCE**

Please enter my appearance for the defendant, Ningbo Rowan Electric Appliance Co., Ltd.

Respectfully submitted,

NINGBO ROWAN ELECTRIC APPLIANCE CO., LTD.

By its attorneys:

*/s/Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com

Scott D. Stimpson (pro hac vice pending)
Laura E. Krawczyk (pro hac vice pending)
SILLS CUMMIS & GROSS, P.C.
101 Park Ave., 35th Floor
New York, N.Y. 10178
sstimpson@sillscummis.com
lkrawczyk@sillscummis.com
(212) 643-7000

Dated: September 21, 2026