UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARKNINJA OPERATING LLC, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NINGBO ROWAN ELECTRIC APPLIANCE CO., LTD.,<br><br>Defendant | Civ. A. No. 1:25-cv-13661 |

**DEFENDANT'S ASSENTED-TO MOTION FOR AN**
**EXTENSION OF TIME TO ANSWER**

The defendant, Ningbo Rowan Electric Appliance Co., Ltd., moves for an extension of time to October 31, 2026, to answer or otherwise respond to the complaint. In support of this motion, the defendant states that it requires the additional time to prepare its response, and that the parties have been in discussions about substitution of another entity as the proper defendant in the action. Counsel for the plaintiffs has assented to this motion.

Respectfully submitted,

NINGBO ROWAN ELECTRIC
APPLIANCE CO., LTD.

By its attorneys:

*/s/Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com

Scott D. Stimpson (pro hac vice pending)
Laura E. Krawczyk (pro hac vice pending)
SILLS CUMMIS & GROSS, P.C.
101 Park Ave., 35th Floor
New York, N.Y. 10178
sstimpson@sillscummis.com
lkrawczyk@sillscummis.com
(212) 643-7000

Dated: September 21, 2026

CERTIFICATE OF COMPLIANCE

I certify that I have conferred with counsel for the plaintiffs, who has assented to this motion.

*/s/Theodore J. Folkman*