UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARKNINJA OPERATING LLC, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NINGBO ROWAN ELECTRIC APPLIANCE CO., LTD.,<br><br>Defendant | Civ. A. No. 1:25-cv-13661 |

**MOTION FOR PRO HAC VICE ADMISSION OF SCOTT D. STIMPSON AND LAURA E. KRAWCZYK**

Pursuant to L.R. 83.5.3, the undersigned moves that the Court admit:

Scott D. Stimpson, Esq.
Sills Cummis & Gross, P.C.
101 Park Ave., 35th Floor
New York, N.Y. 10178
sstimpson@sillscummis.com
(212) 643-7000

Laura E. Krawczyk, Esq.
Sills Cummis & Gross, P.C.
101 Park Ave., 35th Floor
New York, N.Y. 10178
lkrawczyk@sillscummis.com
(212) 643-7000

both of the bar of New York, as counsel for the defendant pro hac vice. The certifications required by L.R. 83.5.3(e)(3) are attached as Exhibits 1 and 2.

Respectfully submitted,

*/s/Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com

Dated: September 21, 2026

CERTIFICATE OF COMPLIANCE

I certify that I have conferred with counsel for the plaintiffs, who has assented to this motion.

*/s/Theodore J. Folkman*