UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARKNINJA OPERATING LLC, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NINGBO ROWAN ELECTRIC APPLIANCE CO., LTD.,<br><br>Defendant | Civ. A. No. 1:25-cv-13661 |

**CERTIFICATION OF LAURA E. KRAWCZYK**

I, Laura E. Krawczyk, make the following certification in connection with the motion for my admission pro hac vice.

1. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

3. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under L.R. 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of this Court.

I certify that the foregoing is true and correct. Executed on September 21, 2026.

*/s/Laura E. Krawczyk*

Laura E. Krawczyk