UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARKNINJA OPERATING LLC, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NINGBO ROWAN ELECTRIC APPLIANCE CO., LTD.,<br><br>Defendant | Case No. 1:25-cv-13661 |

**NOTICE OF APPEARANCE**

The undersigned attorney respectfully notifies the Court and counsel that Scott D. Stimpson of Sills Cummis & Gross P.C. hereby enters his appearance as counsel for Defendant Ningbo Rowan Electric Appliance Co., Ltd. in the above-captioned action. On September 23, 2026, the Court granted Mr. Stimpson's motion for leave to appear and practice pro hac vice in this action pursuant to Local Rule 83.5.3.

Respectfully submitted,

NINGBO ROWAN ELECTRIC
APPLIANCE CO., LTD.

By its attorney:

/s/ Scott D. Stimpson

Scott D. Stimpson (admitted *pro hac vice*)
SILLS CUMMIS & GROSS P.C.
101 Park Avenue, 35th Floor
New York, NY 10178
(212) 643-7000
sstimpson@sillscummis.com

Dated: September 24, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2026, I electronically filed the foregoing document using the Court's CM/ECF system. Service will be effectuated on all counsel of record by and through the Court's CM/ECF system.

/s/ Scott D. Stimpson

Scott D. Stimpson